IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SHARI LYNN BELTON,                )
                                  )
            Plaintiff,            )
                                  )
      v.                          )         1:14CV777
                                  )
CAROLYN W. COLVIN,                )
ACTING Commissioner of Social     )
Security,                         )
                                  )
            Defendant.            )

### ORDER

On August 24, 2015, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed and served on the parties in this action, and a copy was given to the court. Within the time limitation set forth in the statute, counsel for Plaintiff objected to the Recommendation (Doc. 15), and Defendant filed a response (Doc. 16).

The court has made a de novo determination of those portions of the Recommendation to which objection has been made. None of the objections change the substance of the outcome of the Magistrate Judge's report. The court therefore ADOPTS the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's motion for judgment reversing the Commissioner (Doc. 6) is DENIED, Defendant's motion for judgment on the pleadings (Doc. 10) is GRANTED, the

Commissioner's decision finding no disability is AFFIRMED, and this action is DISMISSED WITH PREJUDICE.  A Judgment dismissing this action will be entered contemporaneously with this Order.

                                    /s/    Thomas D. Schroeder
                                   United States District Judge

September 28, 2015

2